IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE ZAK, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> BOSE CORP., a Delaware corporation, <br><br> *Defendant*. | Case No. 17-cv-2928 <br><br> Assigned Judge: <br> Andrea R. Wood <br><br> Designated Magistrate Judge: <br> M. David Weisman |

**DECLARATION OF JEFFREY G. LANDIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

I, JEFFREY G. LANDIS, declare as follows:

1. I am an adult over the age of 18 and resident of the District of Columbia. I am an attorney with the law firm ZwillGen PLLC, attorneys of record for the Defendant Bose Corp. ("Bose"). I submit this Declaration in support of Bose's Motion to Dismiss Class Action Complaint and Demand for Jury Trial. I am competent to testify to the matters stated herein and either have personal knowledge of the facts set forth below or they are from sources deemed reliable.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Privacy Policy for the Bose Connect App.

3. Attached hereto as Exhibit 2 is a true and correct copy of text of Segment's homepage, as it existed on April 12, 2017 according to the Internet Archive, obtained from https://web.archive.org/web/20170401072552/https://segment.com/.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the information that appears when users select "Explore More" on the Quiet Comfort 35 Wireless Headphones webpage on Bose's website (https://www.bose.com/en_us/ products/headphones/over_ear_ headphones/ quietcomfort-35-wireless.html#v=qc35_black).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of June, 2017 in Washington, D.C.

/s/ Jeffrey G. Landis<br>Jeffrey G. Landis