# Exhibit 1

Bose Connect App Privacy Policy

Bose Corporation ("Bose") respects the privacy of our users.  This privacy policy describes our practices concerning information collected in connection with the Bose Connect Mobile Application (the "app").  It does not apply to the Bose website or any other Bose mobile apps.

The app enables users to configure their Bose SoundLink® around-ear wireless headphones II and link them to other devices, such as iPhones and computers.  The app gives users greater control over their Bose products and keeps those products up-to-date with the latest Bose software.

This policy explains the conditions under which Bose collects, uses, and discloses information in connection with the app, and your rights in relation to that information.  By downloading or using the app, you are agreeing to the terms of this policy.

The information collected through the app is controlled by Bose Corporation, which is headquartered in the United States.  Bose's principal office is located at The Mountain, Framingham, Massachusetts, 01701.


What Information We Collect About You

The app does not collect any information that Bose or our service providers can use to identify you personallyAs discussed below, however, the app does automatically collect certain information from the mobile phone, tablet, or other device that you use to access the app.

Log data.  When you use the app, we or our service providers may automatically receive and record certain information from your mobile phone, tablet, or other device.  This may include such data as your software and hardware attributes (including device OS version and hardware model information), the date and time you use the app, whether and when you update the app and your Bose products, and certain other tracking information.  To do this, we may use web logs or applications that recognize your device and gather information about its online activity.

Analytics and related tracking mechanisms.  We may use mechanisms to track and analyze how you use the app.  We also may partner with third parties who do so on our behalf (see below in the section entitled "How We Share Information with Third Parties").  These mechanisms can be used, for example, to collect information about your use of the app during your current session and over time, when and why the app crashes on your device, and a variety of information about the mobile phone, tablet, or other device that you use to access the app.  Such mechanisms may include software developer kits ("SDKs"), pixels, scripts, or other tracking mechanisms.  Some of these mechanisms involve storing small files on your mobile phone, tablet, or other device.  Others involve transmission of information to a third-party server through other means.


How We Use the Information That We Collect

Bose uses the information that we collect to empower you to get the most out of your Bose audio products.  For example, we enable you to link your headphones to a variety of media sources, and we enable you to share content among more than one set of headphones.  And we use the analytics information collected by the app to learn more about how our customers

use the app and linked devices; to improve the app and enhance users' experiences with the app and Bose products linked to the app; to create new products and services and improve our existing products and services; and to enable additional analytics and research concerning the app.

How We Share Information with Third Parties

We share the information that we collect with a variety of third parties.  Additionally, other third parties collect information directly through the app.

Analytics providers and similar service providers.  As discussed above, we may partner with certain third parties to collect the non-personal information discussed above and to engage in analysis, auditing, research, and reporting.  These third parties may use SDKs or other tracking mechanisms to collect information from the app and from your device.  Such parties may include crash and bug analytics providers like Crashlytics and service providers like Segment that enable us to better control data from the app and direct it to third-party analytics providers.  The use of online tracking mechanisms and non-personal data by these third parties is subject to those third parties' own privacy policies, and not this policy.  Although the app currently does not respond to "do not track" requests, the data collected through the app is not used to create user profiles for behavioral advertising or similar purposes.

Other service providers.

Sharing for legal and other purposes.  Bose also may use or share your information with third parties:
 • To respond to subpoenas, court orders, or legal process, or to establish, protect, or exercise our legal rights or defend against legal claims;
 • When we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to our property or the physical safety of any person, or violations of our terms and conditions;
 • To facilitate the financing, securitization, insuring, sale, assignment, bankruptcy, or other disposal of all or part of our business or assets;
 • As otherwise permitted or required by applicable law.
Aggregated information.  From time to time, Bose may also share anonymized and aggregated information about app users, such as by publishing a report on trends in the usage of the app.
Children's Privacy

The app is not directed to children under the age of 13, and Bose does not knowingly collect any information from anyone under the age of 13.  We recommend that persons over 13 but under 18 years of age ask their parents for permission before using the app or sending any information about themselves to anyone over the Internet.

Security

Bose takes commercially reasonable steps to protect user personal data against loss or unauthorized access, use, modification, or deletion.  However, no security program is foolproof, and thus we cannot guarantee the absolute security of your personal or other information.

Reviewing and updating your information

If you want to learn more about the personal information that Bose has about you, or you would like to update or change that information, please contact us by email at privacyandsecurity@bose.com.

Special note for app users from outside the United States

The information that Bose and third parties collect from the app is transferred to and processed in the United States for the purposes described in this privacy policy.  Bose also may subcontract the processing of your data to, or otherwise share your data with, affiliates or third parties in the United States or countries other than your country of residence.  The data-protection laws in these countries may be different from, and less stringent than, those in your country of residence.  By using the app, you expressly consent to such transfer and processing.

Additional information

We reserve the right to amend this policy at any time.  We will make the revised policy accessible through the app, so you should review the policy periodically.  Any such amendments to this policy may apply to information we collect in the future as well as any information we obtained prior to such amendment.  If we make a material change to the policy, you will be provided with appropriate notice.

If you have any questions or concerns about this privacy policy or about the information that Bose collects about you, please send us an email at privacyandsecurity@bose.com.

You may also contact us at 1-800-999-2673.  Outside the United States, please call 1-508-766-1099.

Or send a letter to:

Bose Corporation
C/O Online Commerce Group
P.O. Box 9168
MS 740
Framingham, MA 01701-9168

Revised November 8, 2015