UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kyle Zak

               Plaintiff,

v.                                 Case No.: 1:17–cv–02928
                                  Honorable Andrea R. Wood

Bose Corporation

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. The Court sets the following briefing schedule for Defendant's motion to dismiss [20]: Plaintiff shall have until 7/13/2017 to respond and Defendant shall have until 8/3/2017 to reply. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by 7/5/2017. As stated on the record, discovery related only to class certification and all deposition discovery in this matter is stayed until further order of the Court. Written and document discovery shall proceed. Status hearing set for 10/4/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.