**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KYLE ZAK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BOSE CORP., a Delaware corporation,<br><br>*Defendant*. | Case No. 17-cv-2928<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

The Parties, by and through their respective counsel, hereby move this Court to enter the Parties' Agreed Confidentiality Order, concurrently submitted to the Court via Judge Wood's proposed order inbox at Proposed_Order_Wood@ilnd.uscourts.gov. In support thereof, the Parties state as follows:

1. In this action, the Parties seek to prevent the unauthorized disclosure of certain categories of confidential, sensitive or proprietary information, as detailed in the Agreed Confidentiality Order submitted to the Court.

2. The Agreed Confidentiality Order is the Local Rule 26.2 Model Confidentiality Order, with modifications redlined by the Parties.

3. Good cause exists for entry of a confidentiality order to protect those limited categories of information laid out in the Agreed Confidentiality Order. *See Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1994).

4. The proposed Agreed Confidentiality Order has been reviewed, discussed, and agreed upon by counsel for both Plaintiff and Defendant.

WHEREFORE, the Parties jointly move for entry of the Agreed Confidentiality Order.

Respectfully submitted,

By: /s/ J. Eli Wade-Scott

*Counsel for Plaintiff KYLE ZAK, individually and on behalf of all others similarly situated*

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

By: /s/ Jeffrey G. Landis

*Counsel for Defendant BOSE CORP.*

Bart Huff
bart@zwillgen.com
ZWILLGEN PLLC
300 N LaSalle St, Suite 4925
Chicago, IL 60654
Tel: 312.685.2278

Marc Zwillinger
marc@zwillgen.com
Jeffrey Landis (admitted pro hac vice)
jeff@zwillgen.com
Nicholas Jackson (admitted pro hac vice)
nick@zwillgen.com
ZWILLGEN PLLC
1900 M. Street NW, Suite 250
Washington, DC 20036
Tel: 202.706.5205
Fax: 202.706.5298

## **CERTIFICATE OF SERVICE**

I, J. Eli Wade-Scott, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 13, 2019.

/s/ J. Eli Wade-Scott