# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kyle Zak

                    Plaintiff,

v.                                              Case No.: 1:17–cv–02928
                                                  Honorable Andrea R. Wood

Bose Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 12, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's Motion for extension of time to answer and status hearing [71] is granted. Defendant's obligation to answer or otherwise plead is held in abeyance until further order of the Court. Status hearing set for 4/16/2019 at 09:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.