IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE ZAK, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 17-cv-2928 |
| v. | Assigned Judge: Andrea R. Wood |
| BOSE CORP., a Delaware corporation, | |
| *Defendant.* | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF WITH EXCESS PAGES**

Defendant Bose Corp. ("Defendant"), by and through its undersigned counsel, hereby respectfully requests the Court enter an order granting Defendant leave to file a memorandum of law in excess of fifteen pages in connection with Defendant's upcoming Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and Demand for Jury Trial. In support of this motion, Defendant states as follows:

1. On March 31, 2019, the Court entered an order (the "Order") granting in part Defendant's motion to dismiss Plaintiff's First Amended Class Action Complaint.

2. Plaintiff filed his Second Amended Complaint ("SAC") on April 30, 2019.

3. The SAC asserts four separate causes of action, including two causes of action previously dismissed in the Order and additional allegations relating to the same.

4. Defendant intends to seek dismissal of the causes of action asserted in the SAC that the Court previously dismissed pursuant to the Order. Defendant's Motion to Dismiss and

accompanying memorandum is currently due on May 30, 2019.

5. Pursuant to Local Rule 7.1, each memorandum is not to exceed fifteen pages, unless leave of court is granted to file a longer brief.

6. In order to adequately address all of the issues raised in Plaintiff's SAC and the impact of the Court's prior Order thereon, Defendants request five additional pages for its memorandum.

7. Counsel for Defendants conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose this request.

8. Accordingly, Defendant respectfully requests leave to file a memorandum in support of its Motion to Dismiss not to exceed twenty (20) pages (not including any exhibits).

WHEREFORE, Defendant respectfully requests entry of an order granting this Unopposed Motion for Leave to File Excess Pages.

Dated: May 21, 2019  By: */s/ Bart Huff*
Bart Huff (6225211)
bart@zwillgen.com
ZWILLGEN PLLC
300 N LaSalle St., Suite 4925
Chicago, IL 60654
(312) 685-2278 (telephone)

Marc Zwillinger (6226447)
marc@zwillgen.com
Jeffrey Landis (admitted *pro hac vice*)
jeff@zwillgen.com
Nicholas Jackson (admitted *pro hac vice*)
nick@zwillgen.com
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 706-5205 (telephone)
(202) 706-5298 (facsimile)

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on May 21, 2019, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Jay Edelson
Benjamin Thomassen
J. Eli Wade Scott
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, IL 60654
jedelson@edelson.com
bthomassen@edelson.com
ewadescott@edelson.com

Rafey S. Balabanian
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
rbalabanian@edelson.com

*/s/ Jeffrey Landis*
Jeffrey Landis