**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KYLE ZAK, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 17-cv-2928 |
| v. | Assigned Judge: Andrea R. Wood |
| BOSE CORP., a Delaware corporation, | |
| *Defendant.* | |

**DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant Bose Corporation ("Defendant"), by its undersigned counsel, respectfully moves to dismiss Plaintiff's Second Amended Class Action Complaint and Demand for Jury Trial pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, Defendant adopts and incorporates its accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and Demand for Jury Trial and the accompanying Declaration of Jeffrey Landis.

Respectfully Submitted,

Dated: May 31, 2019

By: */s/ Bart Huff*
    Bart Huff (6225211)
    bart@zwillgen.com
    ZwillGen PLLC
    300 N LaSalle St, Suite 4925
    Chicago, IL 60654
    (312) 685-2278 (telephone)

Marc Zwillinger (6226447)
marc@zwillgen.com
Jeffrey Landis (admitted *pro hac vice*)
jeff@zwillgen.com
Nicholas Jackson (admitted *pro hac vice*)
nick@zwillgen.com
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 706-5205 (telephone)
(202) 706-5298 (facsimile)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on May 31, 2019, I caused the foregoing

to be electronically filed with the Clerk of Court using the CM/ECF system, which will send

notification of such filling to the following attorneys of record:

Jay Edelson
Benjamin Thomassen
J. Eli Wade Scott
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, IL 60654
jedelson@edelson.com
bthomassen@edelson.com
ewadescott@edelson.com

Rafey S. Balabanian
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
rbalabanian@edelson.com

*/s/ Jeffrey Landis*
Jeffrey Landis