**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Kyle Zak

                Plaintiff,

v.                                   Case No.: 1:17–cv–02928
                                              Honorable Andrea R. Wood

Bose Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for leave to cite supplemental authority [105] is granted. The Court will consider Plaintiff's supplemental authority and Defendant's response in connection with its ruling on Defendant's motion to dismiss [83]. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.