UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE ZAK, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>BOSE CORP., a Delaware corporation,<br><br>   *Defendant*. | Case No. 17-cv-2928<br><br>Hon. Andrea R. Wood |

## STIPULATION OF VOLUNTARY DISMISSAL

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyle Zak and Defendant Bose Corporation, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff's claims with prejudice, each party to bear its own attorneys' fees and costs. This stipulated dismissal has no effect on the claims of any putative class member.

Dated: July 1, 2021

                Respectfully submitted,

                **KYLE ZAK**, individually and on behalf of
                all others similarly situated,

                By: /s/ J. Eli Wade-Scott
                  *One of Plaintiff's Attorneys*

                Jay Edelson
                jedelson@edelson.com
                Benjamin S. Thomassen
                bthomassen@edelson.com
                J. Eli Wade Scott
                ewadescott@edelson.com
                EDELSON PC
                350 North LaSalle Street, 14th Floor
                Chicago, Illinois 60654
                Tel: 312.589.6370
                Fax: 312.589.6378

                Rafey S. Balabanian

rbalabanian@edelson.com
Eve-Lynn Rapp
erapp@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435


**BOSE CORPORATION**

By: /s/ Nicholas Jackson
     One of Defendant's attorneys

Bart Huff (6225211)
bart@zwillgen.com
ZWILLGEN PLC
300 N LaSalle St, Suite 4925
Chicago, IL 60654
(312) 685-2278 (telephone)

Marc Zwillinger (6226447)
marc@zwillgen.com
Jeffrey Landis (admitted *pro hac vice*)
jeff@zwillgen.com
Nicholas Jackson (admitted *pro hac vice*)
nick@zwillgen.com
ZWILLGEN PLC
1900 M. Street NW, Suite 250
Washington, DC 20036
(202) 706-5205 (telephone)
(202) 706-5298 (facsimile)

*Counsel for Defendant Bose Corporation*